## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

In Re: )
    Antonio Yado, Jr., ) Case No: 19-31628
 )
 ) Chapter 13 Proceeding
 )
    Debtor. )

## ORDER

This matter coming to be heard on the Motion of the Debtor to Modify Plan Post-Confirmation;

The Court, after due notice having been given and hearing thereon, having been fully advised of the mater, herein;

IT IS HEREBY ORDERED THAT:

1. The Debtor will surrender the 2013 Kia Sorento to the lienholder creditor United Federal Credit Union and the Trustee shall not make any further payments to the creditor.

2. Debtor's plan payments shall remain at $1,628.00 per month for the remaining plan length to bring the plan current.

3. That stay under 11 USC 362(a) be terminated with regard to the above-mentioned collateral.

4. All other terms of the Special Confirmation Order shall remain the same.

**SO ORDERED, ADJUDGED, AND DECREED.**

Date:   September 10, 2021          *Paul E. Singleton*
                                                         Judge, U.S. Bankruptcy Court